DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELLSMERE JOINT VENTURE LLC,**
Appellant,

v.

**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,**
Appellee.

No. 4D2024-2831

[October 30, 2025

Appeal from the State of Florida, Department of Agriculture and Consumer Services; L.T. Case No. B49439.

Deborah K. Madden and Elizabeth D. Ross of Gunster, Yoakley & Stewart, P.A., Fort Lauderdale, for appellant.

Sean T. Garner and Stephen M. James, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***